## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FT. MYERS DIVISION

THOMAS COOK, on behalf of himself and all
others similarly situated,

                Plaintiffs,

v.

BANK OF AMERICA, N.A., BAC HOME     Case No.: 2:11-cv-371-FTM-29DNF
LOANS SERVICING, LP,

                Defendants.

**PLAINTIFF'S SUPPLEMENT TO NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.04(c), I certify that the instant action:

√   IS      related to pending or closed civil or criminal case(s) previously filed in this Court of any other Federal or State court, or administrative agency as indicated below:
Susan Lass v. Bank of America, N.A., et al.; 1:10-cv-11583-NMG (see attached Ex. A)
Richard Wulf v. Bank of America, N.A., et al.; 2:10-cv-05176-MAM (see attached Ex. B)
Shelia Hofstetter v. Chase Home Finance LLC et al.; 3:10-cv-01313-WHA (see attached Ex. C)
Desiree Morris v. Wells Fargo Bank, N.A., et al.; 2:11-cv-00474-DSC (see attached Ex. D)
Warren Lloyd, III v. Chase Home Finance LLC, et al.; 1:10-cv-04718-DAB (see attached Ex. E)
Kent Farmer v. Bank of America, N.A., et al.; 8:11-cv-00739-CJC-RNB (see attached Ex. F)

____ NOT      related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of the PLAINTIFF'S SUPPLEMENT TO NOTICE OF PENDENCY OF OTHER ACTIONS with Exhibits A-F upon each party no later than fourteen (14) days after appearance of the party.

Dated: 7/25/11

STEPHEN H. ECHSNER, Esq.
Bar No.: 304719 (FL)
sechsner@awkolaw.com

BRYAN AYLSTOCK, ESQ.
Bar No.: 78263
baylstock@awkolaw.com

JUSTIN G. WITKIN, ESQ.
Bar No.: 0109584 (FL)
jwitkin@awkolaw.com

*Aylstock, Witkin, Kreis & Overholtz, PLLC*
17 East Main Street, Suite 200
Pensacola, Florida 32502
Phone: (850) 202-1010
Facsimile: (850) 916-7449

**ATTORNEYS FOR PLAINTIFF**