UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| THOMAS COOK, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A. and BAC HOME LOANS SERVICING, L.P.,<br><br>Defendants. | Civil Action No. 2:11-cv-00371-JES-DNF |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to a Settlement Agreement entered into by Plaintiff Thomas Cook ("Plaintiff") and Defendant Bank of America, N.A., for itself and as successor by merger to BAC Home Loans Servicing, LP ("Bank of America" and collectively, "the Parties"), the Parties hereby stipulate to the dismissal of the above-captioned action in its entirety as to all claims against Bank of America, with prejudice, without costs and fees, and waiving all rights of appeal.

Respectfully submitted,

| THOMAS COOK, | BANK OF AMERICA, N.A., for itself and as successor by merger to BAC Home Loans Servicing, LP, |
|---|---|
| By his attorneys, | By its attorneys, |
| /s/ Stephen H Echsner<br>Stephen H. Echsner<br>Bryan F. Aylstock<br>Justin G. Witkin<br>AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC<br>17 East Main Street, Suite 200<br>Pensacola, Florida 32502<br>Tel: 850-202-1010<br>Fax: 850-916-7449 | /s/ Dennis N. D'Angelo<br>John C. Englander (*pro hac vice*)<br>Matthew G. Lindenbaum (*pro hac vice*)<br>Dennis N. D'Angelo (*pro hac vice*)<br>GOODWIN PROCTER LLP<br>53 State Street<br>Boston, Massachusetts 02109<br>Tel.: 617.570.1000<br>Fax: 617.523.1231 |

sechsner@awkolaw.com
jwitkin@awkolaw.com
baylstock@awkolaw.com

Carlin J. Phillips (*pro hac vice*)
PHILLIPS & GARCIA, P.C.
13 Ventura Drive
Dartmouth, MA 02747
508-998-0800 x 112
508-998-0919 (fax)
cphillips@phillipsgarcia.com

jenglander@goodwinprocter.com
mlindenbaum@goodwinprocter.com

William F. Jung
Florida Bar No. 300040
Jung & Sisco, P.A.
101 E. Kennedy Boulevard, Suite 3920
Tampa, FL 33602
Tel: 813-225-1988
Fax: 813-225-1392
wjung@jungandsisco.com

Dated: December 27, 2011

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the I electronically filed the foregoing with the Court in the above styled cause using the ECF system which will send a notice of electronic filing to all counsel of record this _27th_ day of _December_, 2011.

ALYSTOCK, WITKIN,
KREIS & OVERHOLTZ, PLLC

BY:  /s/ STEPHEN H. ECHSNER